IN THE CIRCUIT COURT FOR THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA.

CASE NO.

SCOTT ROIX and SUZANNE ROIX

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

Plaintiffs, **SCOTT ROIX and SUZANNE ROIX,** by and through undersigned counsel, hereby sue Defendant, **Federal Insurance Company**, and in support thereof allege as follows:

1. This is an action for an amount in excess of $50,000.00, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, Plaintiffs were and are residents of, Florida and *sui juris*.

3. At all times material hereto, Defendant was and is an insurance company authorized to and did write homeowners insurance policies within the State of Florida, and specifically within , Florida.

4. At all times material hereto, Plaintiffs were and are the owners of the property located at 8733 Silverthorn Road, Seminole, Fl 33777.

5. At all times material hereto, the subject property was insured under a policy of insurance issued by Defendant to Plaintiffs, specifically, policy number 13061935-01. Said policy

1

is incorporated herein in its entirety pursuant to Fla. R. Civ. P. 1.130; further, Defendant has a copy of said policy in its possession.

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiffs' property that is the result of an accident, whether natural in cause or not, and the policy is required to comply with the provisions of Florida law.

8. On or about December 16, 2020, Plaintiffs' property was damaged directly and/or indirectly.

9. As a result thereof, Plaintiffs sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

10. Plaintiffs gave timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiffs' expenses and losses as a result of the loss.

11. Defendant assigned claim number 040521000575 to identify the loss.

12. Defendant acknowledged coverage and issued payment in the amount of $260,428.38, which represented the actual cost value of the damages sustained as a result of the loss.

13. Defendant determined that the replacement cost value of the damages sustained as a result of the loss were $359,876.94.

14. Plaintiffs repaired the damages, replaced the roof, and provided Defendant a certificate of completion for the work performed at the subject property.

15. Thereafter, Defendant was provided an invoice for $359,876.94, which represented the total amount for the repairs and services rendered to return the property to its pre-loss condition.

16. Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs' recoverable depreciation, and has failed to pay the requested amounts for recoverable depreciation, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiffs' contract with Defendant.

17. All conditions precedent to the filing of this action have been complied with, met, or otherwise waived.

18. Defendant's conduct has caused Plaintiffs to retain the services of the undersigned counsel to prosecute this action, and Plaintiffs are entitled to attorney fees and costs pursuant to Florida law, and specifically pursuant to Section 627.428, Section 626.9373 and Section 627.70152, Florida Statutes.

**WHEREFORE**, based on the foregoing, Plaintiffs, **SCOTT ROIX and SUZANNE ROIX**, demand judgment against Defendant, **Federal Insurance Company**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable as a matter of right.

**DATED** this 21 day of August 2023.

> **MORGAN LAW GROUP, P.A.**
> 55 Merrick Way, Suite 404
> Coral Gables, Florida 33134
> Phone: (305) 569-9900
> Fax: (305)443-6828
> e-Service: mlg.eservice@morganlawgroup.net
>
> **By:  /s/Steven Johnson**
> Thomas J. Morgan, Jr., Esq.
> Florida Bar No. 127612
> Steven Johnson
> Steven Johnson, Esq. Florida Bar No.: 870188
> sjohnson@morganlawgroup.net